UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

United States of America,

    Plaintiff,

vs.                                             Case No. 16-1304 KG/KBM

99,337 Pieces of Counterfeit Native
American Jewelry, et al.,

    Defendants.

## NOTICE OF AGREED EXTENSION OF TIME TO ANSWER COMPLAINT FOR FORFEITURE *IN REM*

Pursuant to Rule G(5)(b) of the Supplemental Admiralty or Maritime and Asset Forfeiture Claims and Local Civil Rule D.N.M.LR-Civ. 7.4(a), Claimant Al Zuni Global Jewelry respectfully notifies the Court that it has reached an agreement with the government to extend the time for Claimant to file its Answer to Plaintiff's Verified Complaint for Forfeiture *In Rem* (Doc. 1) through April 6, 2017.

    Respectfully submitted,

    FREEDMAN BOYD HOLLANDER GOLDBERG
    URIAS & WARD, P.A

    */s/ Amber Fayerberg*
    Amber Fayerberg
    Nicholas T. Hart
    20 First Plaza Center, NW, Suite 700
    Albuquerque, NM 87102
    P: 505-842-9960
    F: 505-842-0761

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Stephen R. Kotz
US Attorney's Office - ABQ
steve.kotz@usdoj.gov

Kristopher N. Houghton
United States Attorney
kristopher.houghton@usdoj.gov


*/s/ Amber Fayerberg*
Amber Fayerberg