IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.  No. 16-CV-1304

99,337 PIECES OF COUNTERFEIT NATIVE AMERICAN JEWELRY,

72,620 PIECES OF COUNTERFEIT NATIVE AMERICAN JEWELRY,

21,249 PIECES OF COUNTERFEIT NATIVE AMERICAN JEWELRY,

$288,738.94 IN FUNDS FROM BANK OF AMERICA ACCOUNT NO. -3826,

    Defendants *in rem*.

## NOTICE OF ENTRY OF APPEARANCE

Mark T. Baker and Carter B. Harrison of Peifer, Hanson & Mullins, P.A., hereby enters their appearance as counsel for the Claimants Jawad Khalaf and Sterling Islands, Inc. in this matter.

Respectfully submitted,

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Mark T. Baker*
    Mark T. Baker
    Carter B. Harrison
P.O. Box 22545
Albuquerque, NM 87125
Tel:   (505) 247-4800
Fax:   (505) 243-6458
Email: mbaker@peiferlaw.com
       charrison@peiferlaw.com

*Attorneys for the Claimant*

## **CERTIFICATE OF SERVICE**

We hereby certify that on this 10th day of March, 2017, the foregoing entry was filed electronically through the District of New Mexico's CM/ECF system, and that a copy of the foregoing pleading was served electronically on all counsel of record.

 */s/ Mark T. Baker*
Mark T. Baker
Peifer, Hanson & Mullins, P.A.