# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                Civ. No. 16-1304 KG-KBM

99,337 PIECES OF COUNTERFEIT
NATIVE AMERICAN JEWELRY,

72,620 PIECES OF COUNTERFEIT
NATIVE AMERICAN JEWELRY,

21,249 PIECES OF COUNTERFEIT
NATIVE AMERICAN JEWELRY,

$288,738.94 PIECES OF COUNTERFEIT
NATIVE AMERICAN JEWELRY,

    Defendants-in-rem.

## ORDER PERMITTING SUPPLEMENTAL BRIEFING

This matter comes before the Court upon Claimant Romie Salem's Motion to Dismiss for Failure to State a Claim (Motion), filed March 6, 2017. (Doc. 11). The United States filed an Opposition Response on March 20, 2017, and Claimant Romie Salem filed a Reply on April 26, 2017. (Docs. 20, 27). The Court held a hearing on the Motion on February 1, 2018. M. Naomi Salazar appeared on behalf of Claimant Romie Salem, and Stephen Kotz appeared on behalf of the United States. Having considered the parties' arguments and relevant law, the Court will take the matter under advisement and allow supplemental briefing as set forth below.

    IT IS ORDERED:

    1.    The deadline for Claimant Romie Salem to file a supplemental brief in support of the Motion is February 7, 2018, at 5:00 p.m.; and

2. The deadline for Plaintiff to file a response to the supplemental brief is Monday, February 12, 2018, at 5:00 p.m.

_____
UNITED STATES DISTRICT JUDGE