IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              Civ. No. 16-1304 KG/KBM

99,337 PIECES OF COUNTERFEIT
NATIVE AMERICAN JEWELRY, et al.,

    Defendants.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on

**Thursday, February 7, 2019, AT 10:00 AM**. Counsel shall call the AT&T conference line at

888-398-2342, access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE