# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.                        Civ. No. 16-1304 KG/KBM

99,337 PIECES OF COUNTERFEIT
NATIVE AMERICAN JEWELRY,

72,620 PIECES OF COUNTERFEIT
NATIVE AMERICAN JEWELRY,

21,249 PIECES OF COUNTERFEIT
NATIVE AMERICAN JEWELRY,

108 PIECES OF COUNTERFEIT
NATIVE AMERICAN JEWELRY,

$288,738.94 IN FUNDS FROM BANK OF AMERICA
ACCOUNT NO.-3826,

    *Defendants-in-rem*.

## ORDER FOR STAY OF CIVIL FORFEITURE

This Court conducted a status conference on February 7, 2019. The parties informed the Court that a stay of this action is appropriate.

It is therefore ORDERED that this case is stayed pending resolution of the related criminal case, 18-cr-4176-JB. The parties shall submit joint status reports at six month intervals. The first status report is due six months from the date of entry of this Order. The parties will advise the Court of the resolution of the criminal case.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| | RAYMOND G. SANCHEZ |
| STEPHEN R. KOTZ | ISAAC S. EMMANUEL |
| Assistant U.S. Attorney | Sanchez Mower & Desiderio PC |
| P.O. Box 607 | P.O. Box 1966 |
| Albuquerque, NM 87103 | Albuquerque, NM 87103 |
| (505) 346-7274 | (505) 247-4321 |
| | and |
| | M. NAOMI SALAZAR |
| | M. Naomi Salazar, Attorney at Law |
| | P.O. Box 26542 |
| | Albuquerque, NM 87125 |
| | (505) 243-4433 |
| | Attorneys for Claimants Turquoise Network and Romie Salem |

NANCY HOLLANDER
MOLLY SCHMIDT NOWARA
Freedman Boyd Hollander, Goldberg Urias & Ward PA
Attorneys for Claimants Al Zuni Global Jewelry and Nashat Khalaf
20 First Plaza Center NW, Suite 700
Albuquerque, NM 87102
(505) 842-9960

MARK T. BAKER
CARTER B. HARRISON, IV
Peifer Hanson and Mullins PA
Attorneys for Sterling Islands, Inc. and Jawad Khalaf
20 First Plaza, Suite 725
Albuquerque, NM 87102
(505) 247-4800