## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     *Plaintiff,*

    v.                             **Civ. No. 16-1304 KG/KBM**

99,337 PIECES OF COUNTERFEIT NATIVE
AMERICAN JEWELRY,

72,620 PIECES OF COUNTERFEIT NATIVE
AMERICAN JEWELRY,

21,249 PIECES OF COUNTERFEIT NATIVE
AMERICAN JEWELRY,

$288,738.94 IN FUNDS FROM BANK OF AMERICA
ACCOUNT NO. -3826,

     *Defendants-in-rem,*

*and*

STERLING ISLANDS, INC. AND JAWAD KHALAF, INDIVIDUALLY
AL ZUNI GLOBAL JEWELRY AND NASHAT KHALAF, INDIVIDUALLY
TURQUOISE NETWORK AND ROMIE SALEM, INDIVIDUALLY

     *Claimants.*

### FINAL JUDGMENT AND ORDER OF FORFEITURE

     This matter is before the Court on the Settlement Agreement and Release in this contested forfeiture proceeding between the United States and Claimants Sterling Islands, Inc. and Jawad Khalaf, individually, and Al Zuni Global Jewelry, Inc. and Nashat Khalaf, individually, and Turquoise Network and Romie Salem, individually. (Doc. 79). The Court, being advised that all sentences have been imposed in the related criminal case, 1:18-cr-04176-JB, and being otherwise fully advised in the premises, finds that this case is ripe for final disposition.

IT IS THEREFORE ORDERED, ADJUGED AND DECREED AS FOLLOWS:

1.      The United States will release the Defendant pieces of jewelry identified as "Sterling" or "Al Zuni" in Attachment 1 to the settlement agreement to a third party broker designated by Claimants. The third party broker is subject to the approval, not to be unreasonably withheld, of the United States. The third party broker will ship the released pieces of jewelry to Fashion Accessories 4 U Corp., 888 Tabok Mandaue, Cebu, Philippines 6014 at the Claimants' expense. Claimants will obtain written confirmations from the third party broker of both the shipment and receipt of the released pieces of jewelry to the Philippines and provide a copy of the confirmations to the United States. The United States, in its sole discretion, may retain temporary custody of any of the jewelry seized from the residence at 1924 Count Fleet St. for evidentiary purposes in any criminal proceeding. Any jewelry so retained will be subject to the terms of the settlement agreement following the sentencing and final appeal in the criminal proceeding.

2.      All right, title, and interest in the Defendant pieces of jewelry identified as "Government" or "No Stamp" in Attachment 1 to the settlement agreement is forfeited to the United States and title thereto is vested in the United States.

3.      All right, title, and interest in the Defendant $288,738.94 IN FUNDS FROM BANK OF AMERICA ACCOUNT NO. -3826, plus any accrued interest, is forfeited to the United States and title thereto is vested in the United States.

4.      The parties will bear their own costs and attorney's fees in this case.

_____
UNITED STATES DISTRICT JUDGE

2

SUBMITTED BY:

*Submitted via email on 9-1- 2020*
STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

*APPROVED BY*:

PEIFER, HANSON & MULLINS, P.A.

*Approved via email on 9-1-2020*
MARK T. BAKER, Esq.
Attorneys for Claimants Sterling Islands, Inc. and Jawad Khalaf, Individually
P.O. Box 25245
Albuquerque, New Mexico 87125-5245
(505) 247-4800

FREEDMAN BOYD HOLLANDER GOLDBERG
URIAS &WARD, P.A

*Approved via email on 8-31-2020*
NANCY HOLLANDER, Esq.
JOHN W. BOYD, Esq.
Attorneys for Claimants Al Zuni Global Jewelry and Nashat Khalaf, Individually
20 First Plaza Center, NW, Suite 700
Albuquerque, NM 87102
505-842-9960

SANCHEZ, MOWRER & DESIDERIO, P.C.

*Approved via email on 9-1-2020*
RAYMOND G. SANCHEZ, Esq.
Attorneys for Claimants Turquoise Network and Romie Salem, Individually
P.O. Box 1966
Albuquerque, NM 87103
(505) 247-4321

*Approved via email on 9-1-2020*
M. NAOMI SALAZAR, Esq.
Co-Counsel for Claimants Turquoise Network and Romie Salem, Individually
P.O. Box 26542
Albuquerque NM 87125
(505) 243-4433